**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH,                )<br>                                                         )<br>           Plaintiff,                              )<br>                                                         )<br>           vs.                                         )           Civil Action No. 1:17-cv-02505-TJK<br>                                                         )<br>U.S. DEPARTMENT OF THE INTERIOR,  )<br>                                                         )<br>           Defendant.                          )<br>_____ ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of thirty (30) days until February 21, 2018, to answer or otherwise respond to the Complaint in this matter, and as grounds for this motion, states as follows.

1. This action under the Freedom of Information Act was filed on November 20, 2017, and was received by the office of the United States Attorney on December 22, 2017. Accordingly, Defendant's current deadline to answer or otherwise respond to the Complaint is January 22, 2018.

2. The U.S. Department of the Interior ("DOI") has initiated searches for responsive documents to the applicable FOIA requests but, to date, responsive records have not been received from the relevant custodians, leading to an inability to either estimate the volume of potentially responsive records or propose a production schedule. Researching the applicable FOIA requests and gathering responsive information has been further complicated by the impending government shutdown on January 19, 2018.

3. Accordingly, Defendant requests a reasonable extension of time of 30 days to further investigate the complaint and formulate a response.

4. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel about an extension of time. Plaintiff opposes the requested relief.

5. This is the first request for extension made by Defendant with respect to its deadline to respond to the Complaint and is not intended for delay or obstruction. Plaintiff will not be prejudiced by the extension of time.

6. A proposed order is attached.

Dated: January 19, 2018

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar #472845

DANIEL VAN HORN
Chief, Civil Division
D.C. Bar #924092

By: */s/ Jason T. Cohen*
JASON T. COHEN
ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov