UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 17-02505 (TJK) |
| | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME TO FILE THE ANSWER**

Plaintiff, Friends of the Earth, brought this case under the Freedom of Information Act ("FOIA") to compel the Defendant Department of the Interior to respond to several different FOIA requests that have been pending for many months concerning a matter of immediate public interest—i.e., the President's decisions to reduce the size of several national monuments. When Defendant requested Plaintiff's position on a 30-day extension of time for filing an Answer, Plaintiff's counsel informed Defendant's counsel that Plaintiff would consent to the requested extension if Defendant would at least agree to use the additional time to finish processing one of the FOIA requests at issue for which Defendant granted *expedited* processing on September 11, 2017—over four months ago. However, Defendant was unwilling to agree to finish processing that request during the 30-day extension, which is why Defendant stated that Plaintiff opposed the requested extension

Respectfully submitted,

__/s/_____
Katherine A. Meyer
D.C. Bar No. 244301
kmeyer@meyerglitz.com

William Nicholson Lawton
D.C. Bar No. 1046604
nlawton@meyerglitz.com

Meyer Glitzenstein & Eubanks, LLP
4115 Wisconsin Ave. N.W., Suite 210
Washington, D.C. 20016
 (202) 588-5206
 (202) 588-5049 (fax)