**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:17-cv-02505-TJK |
| ) | |
| U.S. DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff opposes Defendant's first request for a 30-day extension of time to answer or otherwise respond to Plaintiff's FOIA complaint because Defendant did not commit to a 30-day deadline to complete processing of Plaintiff's August 7, 2017, FOIA request. Plaintiff's request is not practicable and Defendant has demonstrated good cause for its request, and the Court should grant the requested extension of time.

Plaintiff's August 7, 2017, FOIA request seeks "[a]ll communication and meetings involving Mr. James Cason regarding review of any of these five National Monuments: Bears Ears, Gold Butte, Katahdin Woods and Waters, Mojave Trails, and Northeast Canyons and Seamounts." Compl. ¶ 18. Plaintiff's request for expedited processing was granted by DOI on or about September 11, 2017, and DOI commenced its search at that time. *See* Declaration of Clarice Julka dated January 24, 2018 ("Julka Decl.") ¶ 4.

At this time, DOI has five other open requests with expedited processing that were received prior to Plaintiff's request. Julka Decl. ¶ 5. In total, DOI has 305 open FOIA requests received prior to the FOIA requests at issue in this litigation. *Id*. While Plaintiff's request has

been placed into the queue with the other pending expedited FOIA requests, requiring Defendant to immediately process Plaintiff's request ahead of the earlier-filed requests "would upset the agency's processes and be detrimental to the other expedited requesters, some of whom may have even more pressing needs." *Electronic Privacy Info. Ctr. v. Dep't of Justice*, 15 F. Supp. 3d 32, 47 (D.D.C. 2014); *see also Daily Caller v. U.S. Dep't of State*, 152 F. Supp. 3d 1, 8 (D.D.C. 2015) (noting that "FOIA requests granted expedited treatment are taken out of the standard first-in/first-out queue and processed before all non-expedited requests, but after any requests previously granted expedited treatment"). Indeed, Plaintiff is one of many FOIA requesters seeking records relating to national monuments, and DOI's FOIA office is currently working to respond to approximately 150 separate FOIA requests relating to this topic. Julka Decl. ¶ 6.

As explained in Defendant's motion for extension of time (ECF No. 6), DOI has initiated searches for responsive documents to the multiple FOIA requests identified in Plaintiff's complaint, but at this time responsive records have not yet been received by the FOIA office. Committing to complete processing of Plaintiff's August 7, 2017, request within 30 days would not only be contrary to DOI procedures, but also irresponsible in light of the lack of information available about what such processing entails.

Accordingly, Defendant's request for a 30-day extension to gather additional information and further assess the status of the request is eminently reasonable, particularly given the recent filing and early procedural posture of this case.[1]

Dated: January 25, 2018                          Respectfully submitted,

                                                 JESSIE K. LIU, D.C. Bar #472845
                                                 United States Attorney

---

[1] Defendant notes that Plaintiff's complaint was filed on November 20, 2017 (ECF No. 1), but was not served upon the U.S. Attorney until December 22, 2017 (ECF No. 3), belying the urgency implied by Plaintiff's opposition.

                DANIEL VAN HORN, D.C. Bar #924092
                Chief, Civil Division

By:   */s/ Jason T. Cohen*
       JASON T. COHEN, ME Bar #004465
       Assistant United States Attorney
       Civil Division
       555 Fourth St., N.W.
       Washington, D.C. 20530
       Phone: (202) 252-2523
       Fax: (202) 252-2599
       Email: jason.cohen@usdoj.gov